**\*E-FILED 10/17/05\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XICAT INTERACTIVE LTD., | NO. 5:05-cv-803 RS |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND PARTIES' REQUESTS FOR SANCTIONS** |
| v. | |
| CAPCOM ENTERTAINMENT, | |
| Defendant. | |

Plaintiff Xicat Interactive Ltd. ("Xicat") moves to compel responses to its document request from defendant Capcom Entertainment ("Capcom") and also seeks sanctions as a result of Capcom's alleged failure to provide any responsive materials. Capcom states that all responsive documents have been provided and that, as a result, it is entitled to sanctions since Xicat refused to withdraw its motion to compel even after receiving the requested information. The motion to compel, as well as both parties' requests for sanctions, was fully briefed and submitted on the papers pursuant to Civil L.R. 7-1(b). Although at the time the moving papers were filed Xicat had not received any responsive documents, it concedes in its reply brief that the motion to compel is now moot, as Capcom has since submitted sufficient responses to all document requests. Xicat's motion to compel, therefore, is denied as moot. In addition, the Court denies both parties' requests for sanctions, as neither side complied with Civil L.R. 7-8(a), which requires that a motion for sanctions be filed independent of other motions.

1  IT IS SO ORDERED.

2  Dated: 10/17/05                                    /s/ Richard Seeborg
                                                     RICHARD SEEBORG
3                                                    United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Rodger R. Cole    rcole@fenwick.com

Juan-Carlos Orellana    corellana@fenwick.com

Darryl M. Woo    dwoo@fenwick.com

Jason Zielinski    jzielinski@zielinski-associates.com,

**Dated: 10/17/05**                                        **Chambers of Judge Richard Seeborg**

                                                           **By:        /s/ BAK**