Jason P. Zielinski, Esq.
CA Bar No: 208990
800 E. Broward Blvd. Suite 702
Fort Lauderdale, FL 33301
(t) 954-524-6131
(f) 925-475-7439
jzielinski@zielinski-associates.com
Attorney for Plaintiff:
Xicat Interactive Limited

*E-FILED 11/14/05*

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN JOSE, DIVISON

| | |
|---|---|
| XICAT INTERACTIVE LTD., a United Kingdom corporation<br><br>Plaintiff,<br><br>vs.<br><br>CAPCOM ENTERTAINMENT, INC., a California corporation<br><br>  Defendant | Case No.: C05 00803 RS<br><br>**PARTIES' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>AND ORDER THEREON |

Plaintiff and Counter-Defendant, XICAT INTERACTIVE LIMITED, and Defendant and Counterclaimant, CAPCOM ENTERTAINMENT, INC., by and through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismiss

PARTIES' NOTICE OF VOLUNTARY DISMISSAL – C05 00803 – 1

with prejudice all claims asserted in this action against each other, with each side to bear its own attorney fees and costs.

Dated: November 14, 2005

ZIELINSKI & ASSOCIATES, P.A.

By: _____
Jason Zielinski
Attorneys for Plaintiff/ Co-Defendant
XICAT INTERACTIVE LTD.

Dated: November __, 2005

FENWICK & WEST LLP

By: _____
Rodger R. Cole
Attorneys for Defendant/ Co-Plaintiff
CAPCOM ENTERTAINMENT, INC.

IT IS SO ORDERED.

Dated:  11/14/05

/s/ Richard Seeborg

RICHARD SEEBORG
United States Magistrate Judge

PARTIES' NOTICE OF VOLUNTARY DISMISSAL – C05 00803 – 2